UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLAKE BATTLE, JR., <br><br> Plaintiff, <br><br> -against- <br><br> RELATED MANAGEMENT, <br><br> Defendant. | 20-CV-4057 (CM) <br><br> ORDER DENYING IFP APPLICATION |

COLLEEN McMAHON, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). Plaintiff is directed to pay $400.00 in fees – a $350.00 filing fee and a $50.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

The Clerk of Court is directed mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: May 28, 2020
       New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge