UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLAKE BATTLE, JR.,

                Plaintiff,

       -against-

RELATED MANAGEMENT,

                Defendants.

20-CV-4057 (CM)

ORDER OF DISMISSAL

COLLEEN McMAHON, Chief United States District Judge:

On June 23, 2020, the Court received a letter from Plaintiff, *see* ECF No. 4, advising that he wishes to withdraw this action. The Court grants Plaintiff's request. This action is withdrawn pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

## CONCLUSION

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

The action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a).

This order closes this case.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   June 24, 2020
            New York, New York

                                              COLLEEN McMAHON
                                              Chief United States District Judge